IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MICHELLE GILLESPIE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:19-cv-1403 |
| ) | |
| A.R. BUILDING COMPANY, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Michelle Gillespie, for her Complaint against Defendant, A.R. Building Company, states the following:

### I. Parties

1. Plaintiff is a resident of Avon, Indiana.

2. Defendant, A.R. Building Company, is a business located in Indianapolis, Indiana.

### II. Jurisdiction and Venue

3. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claims arise under the laws of the United States. Specifically, Plaintiff brings this action to enforce her rights under the FLSA.

4. This court has jurisdiction to hear these state claims pursuant to the court's supplemental jurisdiction under 28 U.S.C. §1367.

5. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue Defendant doing business in this District.

### III. Factual Allegations

6. Plaintiff began working for Defendant on December 26, 2017.

7. Plaintiff was an hourly employee of Defendant.

8. Defendant paid Plaintiff on a bi-weekly basis.

9. On January 1, 2019, Defendant gave Plaintiff a raise to $15.50 per hour.

10. Defendant terminated Plaintiff.

11. Defendant terminated Plaintiff on January 11, 2019.

12. Plaintiff earned $1,116.00 on 72 hours during the pay period of December 29, 2018 to January 11, 2019.

13. The pay date for the pay period of December 29, 2018 to January 11, 2019 was January 17, 2019.

14. Defendant illegally deducted $905.93 from the January 17, 2019 wages of Plaintiff.

15. Defendant finally paid Plaintiff the $905.93 illegally deducted on March 25, 2019, over two month late.

16. Defendant did not have a good faith basis for deducting these wages from the pay of Plaintiff.

17. Defendant failed to pay Plaintiff her minimum wages due and owing on January 17, 2019.

18. The wage claim of Plaintiff has been referred to counsel for Plaintiff by the Indians Attorney General's Office in conjunction with the Indiana Department of Labor.

### IV.     Cause of Action

### Count I
### Failure to Pay Minimum Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

19. Plaintiff incorporates paragraphs 1 through 18 by reference herein.

20. Plaintiff was an employee of Defendant pursuant to the FLSA.

21. Plaintiff's work for Defendant involved interstate commerce.

22. Defendant is an employer pursuant to the FLSA.

23. Defendant had gross revenues of at least $500,000.00 for the 2017 calendar year.

24. Defendant had gross revenues of at least $500,000.00 for the 2018 calendar year.

25. Defendant's violation of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant in an amount to compensate Plaintiff, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

Respectfully submitted,

WELDY LAW

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### Count II
### Wage Claims Statute, I.C. §22-2-9 *et. seq.*

26. Plaintiff incorporates paragraphs 1 through 25 by reference herein.

27. Defendant is an employer pursuant to the Wage Claims Statute.

28. Plaintiff was an employee of Defendant.

29. Defendant failed to pay Plaintiff her wages due and owing in a timely fashion.

30. Defendant failed to pay Plaintiff her wages due and owing in the correct amount.

31. Plaintiff has been damaged by Defendant's violations of the Wage Claims Statute.

WHEREFORE, Plaintiff prays that the Court enter a Judgment in favor of Plaintiff and against Defendant for wages owed, liquidated damages, prejudgment interest, attorney fees, costs of this action, and for all other relief which is just and proper in the premises.

    Respectfully submitted,

    WELDY LAW

    /s/Ronald E. Weldy
    Ronald E. Weldy, #22571-49
    Counsel for Plaintiff,
    Michelle Gillespie

Weldy Law
8383 Craig Street
Suite 330
Indianapolis, IN 46250
Tel: (317) 842-6600
Fax: (317) 288-4013
E-mail: rweldy@bhclegal.com